AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JEREMY ALLEN CROZIER,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
  V.

                                    CASE NUMBER: **3:10-CV-00328-RCJ-RAM**

JAMES GIBBONS, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's first amended complaint (#9) is **DISMISSED** with prejudice and without leave to amend for failure to state a claim for which relief may be granted.

  November 30, 2010                             **LANCE S. WILSON**
                                                             Clerk

                                                             /s/ D. R. Morgan
                                                              Deputy Clerk